# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ISAAC WEST, | : | CIVIL ACTION |
|           Petitioner, | : | |
| v. | : | |
| | : | |
| DEBRA SAUERS, et al., | : | NO. 12-cv-274 |
|           Respondents. | : | |

## ORDER

AND NOW, on this 3rd day of January, 2013, upon careful consideration of Petitioner Jason West's Petition for Writ of Habeas Corpus (ECF 1), the July 13, 2012 Report and Recommendation of Magistrate Judge Arnold C. Rapoport (ECF 14), Petitioner's Objection (ECF 17), Petitioner's Supplement to Objection to the Report and Recommendation (ECF 19), and all related filings, and for the reasons in the accompanying Memorandum Re: Petition for Writ of Habeas Corpus, it is hereby ORDERED:

1. The Report and Recommendation (ECF 14) is APPROVED and ADOPTED, subject to the discussion of why West's claims are procedurally defaulted in the accompanying Memorandum.

2. Petitioner's Objection to the Report and Recommendation (ECF 17) and Supplement to Objection to the Report and Recommendation (ECF 19) are OVERRULED.

3. The Petition for Writ of Habeas Corpus (ECF 1) is DISMISSED with prejudice.

4. There is no basis for the issuance of a certificate of appealability.

5. The Clerk of Court is directed to mark this matter as CLOSED for statistical purposes.

                                                              BY THE COURT:

                                                              /s/ Lawrence F. Stengel, for
                                                             _____
                                                             Michael M. Baylson, U.S.D.J.